UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FAUSTINO GUEVARA-BARRERA,<br><br>　　　　Defendant. | NO. CR-15-70942-MAG<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

The Court grants the government leave to dismiss the complaint. Accordingly, the complaint is hereby dismissed without prejudice.

Date: 6/14/16

HOWARD R. LLOYD
United States Magistrate Judge

NOTICE AND [PROPOSED] ORDER OF DISMISSAL
CR-15-70942-MAG